**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Joel Landrick Ard, Jr., ARDCO Construction, Inc. and ARD
Foundation v. Renee  Carrington

Appellate case number:     01-13-00067-CV

Trial court case number:  1219985

Trial court:                      61st District Court of Harris County

On April 8, 2013, appellants, Joel Landrick Ard, Jr., ARDCO Construction, Inc., and ARD Foundation, filed a second motion to stay the trial court's judgment, pending the outcome of the appeal.  The motion is **denied**.

Appellee Renee Carrington's motion for sanctions is **denied**.

It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
                             ☒  Acting individually     ☐  Acting for the Court


Date:  April 12, 2013